

CJR: USAO2016R00618

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **UNDER SEAL** |
| v. | * | **CRIMINAL NO.** JFM-16-0562 |
| **MARCEL EUGENE GARDNER,** a/k/a "Fred," **COREY HAMMOND,** a/k/a "Grey Hammond," and **JORGE RODRIGUEZ-AVITTA,** a/k/a "Jorge Rodriguez," | * | (Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846; Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1); Aiding and Abetting, 18 U.S.C. § 2; Forfeiture, 21 U.S.C. § 853, 28 U.S.C. § 2461(c)) |
| **Defendants** | * | |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges:

From in or about June 2016 through in or about August 2016, in the District of Maryland and elsewhere, the defendants,

**MARCEL EUGENE GARDNER,**
a/k/a "Fred,"
**COREY HAMMOND,**
a/k/a "Grey Hammond," and
**JORGE RODRIGUEZ-AVITTA,**
a/k/a "Jorge Rodriguez,"

did knowingly and willfully combine, conspire, confederate and agree with others unknown to the Grand Jury to knowingly, intentionally and unlawfully distribute and possess with intent to distribute five kilograms or more of a quantity of a mixture or substance containing a detectable

1

amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about August 26, 2016, in the District of Maryland, the defendants

**MARCEL EUGENE GARDNER,**
a/k/a "Fred," and
**JORGE RODRIGUEZ-AVITTA,**
a/k/a "Jorge Rodriguez,"

did knowingly, intentionally, and unlawfully possess with intent to distribute five kilogram or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. Proc., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), as a result of the defendants' conviction under Counts One and Two of this Indictment.

### Narcotics Forfeiture

2. As a result of the offenses set forth in Counts One and Two of this Indictment, the defendants,

> **MARCEL EUGENE GARDNER,**
> a/k/a "Fred,"
> **COREY HAMMOND,**
> a/k/a "Grey Hammond," and
> **JORGE RODRIGUEZ-AVITTA,**
> a/k/a "Jorge Rodriguez,"

shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including but not limited to a 2015 GMC Yukon automobile VIN # JTEZU4BFXAK009357 and approximately $532,000 in U.S. currency.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

21 U.S.C. § 853
28 U.S.C. § 2461(c)

_____
Rod J. Rosenstein
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

Foreperson

Date: Nov 22, 2016